■ In the Matter of IRWIN HALL, Petitioner. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Respondent

This application has been held in abeyance pending the disposition by the respondent Grievance Committee of additional complaints against the petitioner. Although said Committee has since rendered a report finding that no evidence of further professional misconduct by the petitioner exists, we nevertheless conclude that there is no basis to grant renewal and reargument of petitioner's application for reinstatement. Mollen, P. J., Lazer, Mangano, Thompson and Brown, JJ., concur.